United States District Court
Southern District of Texas **ENTERED**
June 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JULIA GOTTSELIG POFF, <br> Petitioner, <br><br> v. <br><br> WARDEN SMITH, <br> Respondent. | § § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-759 |

## Order of Adoption

On May 11, 2018, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation. (7). Petitioner has filed objections. (8). After considering the record and the law, the court overrules the objections and adopts the Memorandum and Recommendation as its Memorandum and Order. Poff's petition for writ of habeas corpus is denied without prejudice. A certificate of appealability will not issue.

Signed ____June 5____, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge